# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTIE MCCOY CUNEO | : |
| 958 RAILROAD LANE | |
| PAMPLIN, VA 23958 | : |
|     Plaintiff, | : |
| v. | : |
| THE UNITED STATES OF AMERICA, | : |
|     And | : |
| UNITED STATES NATIONAL PARKS SERVICE | : |
|     Defendant. | : |

## COMPLAINT

COMES NOW, Mattie McCoy Cuneo, Plaintiff in the above-styled action, and hereby filed her Complaint and in support thereof shows this Court as follows:

### JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § §1331 because Plaintiffs' claims arise under the Fourth Amendment to the United States Constitution and the Federal Torts Claim Act (FTCA), 28 U.S.C. §§ 1346 & 2671-80. The FTCA also confers jurisdiction. 28 U.S.C. § 1346(b)(1).

2. Venue in this Court is proper pursuant to 28 U.S.C. § 1391(b)(2) because the events giving rise to this claim all

transpired in the District of Columbia, on the National Mall and pursuant to 28 U.S.C. § 1346(b)(1) because this is a civil action against the United States, the United States Department of the Interior ('DOI"), and the National Capitol Region of the National Park Service (collectively, "the federal defendant's") for personal injury arising out of the negligent conduct of the United States employees.

**PARTIES**

3. Plaintiff Mattie McCoy Cuneo (hereinafter referred to as ("Ms. Cuneo ") is a citizen of the United States of America residing 958 Railroad Lane Pamplin  the state of Virginia 23958.

4. Defendants, the United States and the National Capitol Region of the National Park Service (collectively, "the federal defendant's").  At the time of the events at issue, all Defendant employees were acting within the scope of their employment and under color of law of the United States.  In this case, the United States acted through its agents, Defendants United States and  the National Capitol Region of the National Park Service (collectively, "the federal defendant's").

5.   The claims herein are brought against the United State of America pursuant to the Federal tort Claims Act 28 U.S.C.  § 2671, et. Seq. and 28 U.S.C. § 1346 (b)(1), for money damages for personal injuries caused by the negligent and wrongful acts and omissions of an employee of the  United States Government

while acting within the scope of their office or employment, under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the laws of the District of Columbia.

**FACTS**

6. This is an action for damages in excess of Seventy-five Thousand Dollars ($75,000.00), exclusive of interest and costs.

7. This Court has jurisdiction under the Federal Tort Claims Act and the provisions of 28 U.S.C. §1346(b).

8. Pursuant to the provisions of 28 U.S.C. §2675, on or about July 2, 2016, the Plaintiff provided written notice to the Defendant, U.S.A., of his claims for money damages. The Standard Form 95 form for the Plaintiff is attached hereto and incorporated by reference herein respectively as Exhibit "A".

9. A period of more than six months has transpired since the notice was given to the U.S.A. The Defendant has not made a final disposition of the claim. Accordingly, under 28 U.S.C. §2675(a), the failure of the Defendant to make a final disposition constitutes a denial of the Plaintiff's claims.

10. Mattie Cuneo was attending an event on the Washington DC which was held on the grounds of the National Mall. While walking on the grassy area maintained by the Park Service she impaled her foot on a spike which was hidden on the grounds. Ms. Cuneo was rushed to the emergency room and received immediate treatment. The injury suffered was sever and debilitating.

**PRAYER FOR RELIEF**

WHEREFORE, plaintiffs respectfully request that this Court:

a) **RULE** that the negligent actions of Defendants, the United States and the National us Capitol Region of the National Park Service (collectively, "the federal defendant's") employees, caused a grievous injury to the Plaintiff Mattie Cuneo, for which the United States is liable under the Federal Tort Claims Act;

b) **ENTER JUDGMENT** awarding Ms. Cuneo for compensatory damages in the amount of $250,000.00 against the United States; And

c) **GRANT** Ms. Cuneo such other and further relief as this Court may deem just and proper.

Respectfully submitted,

/s/ Raymond Jones
Raymond R. Jones (D.C. Bar No 497654)
910 17th Street NW, 8th Floor
Washington, D.C. 20005
Tel. 202-509-9788
Fax: 202-644-8834

August 20, 2018 Counsel for Plaintiff